UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Finberg
525 Route 73 South, Suite 200
Marlton, NJ 08053
(856) 988-9055
Chapter 7 Trustee

In Re:

 Randi Ricci

Case No.:        20-13342

Chapter:            7

Hearing Date: _____

Judge:            ABA

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Doc No. 9 is withdrawn. Filed under wrong party.

_____

Date: 5/15/2020                    /s/ Andrew Finberg
                                   Signature

*rev.8/1/15*