UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re:
Ricci, Randie E.

Case No.: 20-13342 ABA
Chapter 7
Judge: Andrew B. Altenburg Jr.

## NOTICE OF PROPOSED ABANDONMENT

On May 15, 2020, Andrew Finberg, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the clerk:  US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ANDREW B. ALTENBURG JR. on June 16, 2020at 10:00a.m. at the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ, Courtroom no.4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description | Value of Property | Liens on Property | Amount of Equity Claimed as Exempt |
|---|---|---|---|
| 19 S. Home Avenue, Gibbstown, NJ 08027-0000, Gloucester County | $149,300.00 | $127,000.00 | $0.00 |

Objections must be served on, and requests for additional information directed to:

NAME:          Andrew Finberg

ADDRESS:      525 Route 73 South, Suite 200, Marlton, NJ 08053

TELEPHONE NO:    (856) 988-9055