UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re:
Ricci, Randie E.

Case No.: 20-13342 ABA
Chapter 7
Judge: Andrew B. Altenburg Jr.

## NOTICE OF PROPOSED ABANDONMENT

On May 15, 2020, Andrew Finberg, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the clerk:  US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ANDREW B. ALTENBURG JR. on June 16, 2020at 10:00a.m. at the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ, Courtroom no.4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description | Value of Property | Liens on Property | Amount of Equity Claimed as Exempt |
|---|---|---|---|
| 19 S. Home Avenue, Gibbstown, NJ 08027-0000, Gloucester County | $149,300.00 | $127,000.00 | $0.00 |

Objections must be served on, and requests for additional information directed to:

NAME:              Andrew Finberg

ADDRESS:        525 Route 73 South, Suite 200, Marlton, NJ 08053

TELEPHONE NO:    (856) 988-9055

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 20-13342-ABA
Randie E. Ricci                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: May 15, 2020
                              Form ID: pdf905          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
db          +Randie E. Ricci,    30 Quaker Road,    Mickleton, NJ 08056-1303
518736690    Advocare, LLC,    PO Box 71422,    Philadelphia, PA 19176-1422
518736692    Bank of America,    PO Box 15019,    Wilmington, DE 19850-5019
518736693    CBCS,    PO Box 2589,    Columbus, OH 43216-2589
518736694   +Credit Control, LLC,    PO Box 546,    Hazelwood, MO 63042-0546
518736695   +Jefferson Health - New Jersey,    500 Marlboro Road,    Cherry Hill, NJ 08002-2020
518736696   +KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
518758228   +MidFirst Bank,    Denise Carlon, Esquire,    216 Haddon Avenue, Ste. 406,
              Westmont, NJ 08108-2812
518736697   +MidFirst Bank,    999 N.W. Grand Blvd.,    Suite 100,    Oklahoma City, OK 73118-6051
518736699    RA Pain Services,    PO Box 4605,    Lancaster, PA 17604-4605
518736700   +RA Pain Services, PA,    PO Box 4640,    Rutherford, NJ 07070-0464
518736701    Rothman Orthopaedics Institute,    PO Box 412423,    Boston, MA 02241-2423
518736702   +Strive Physical Therapy,    224 Strawbridge Drive,    Suite 100,    Moorestown, NJ 08057-4602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 15 2020 22:52:00     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2020 22:51:58      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518736691   +E-mail/Text: bankruptcy@pepcoholdings.com May 15 2020 22:51:34     Atlantic City Electric,
              5 Collins Drive,    Suite 2133,    Penns Grove, NJ 08069-3600
518736698   +E-mail/Text: Bankruptcies@nragroup.com May 15 2020 22:52:37     NTL Recovery Agency,
              2491 Paxton St,    Harrisburg, PA 17111-1036
518742028   +E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 22:57:21     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
              Andrew Finberg    on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com,
               J117@ecfcbis.com
              Andrew Finberg    trustee@sjbankruptcylaw.com, J117@ecfcbis.com
              Andrew Finberg    on behalf of Debtor Randie E. Ricci trustee@sjbankruptcylaw.com,
               J117@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Randie E. Ricci rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6