| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Randie E. Ricci** | Social Security number or ITIN   xxx–xx–0770 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:   20–13342–ABA | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Randie E. Ricci
aka Randie Elizabeth Ricci, fka Randie E. Porter

6/26/20

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-13342-ABA
Randie E. Ricci                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Jun 26, 2020
                             Form ID: 318              Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
db                +Randie E. Ricci,   30 Quaker Road,   Mickleton, NJ 08056-1303
518736690          Advocare, LLC,   PO Box 71422,   Philadelphia, PA 19176-1422
518736693          CBCS,   PO Box 2589,   Columbus, OH 43216-2589
518736694         +Credit Control, LLC,   PO Box 546,   Hazelwood, MO 63042-0546
518736695         +Jefferson Health - New Jersey,   500 Marlboro Road,   Cherry Hill, NJ 08002-2020
518736696         +KML Law Group, PC,   216 Haddon Avenue, Suite 406,   Westmont, NJ 08108-2812
518736697         +MidFirst Bank,   999 N.W. Grand Blvd.,   Suite 100,   Oklahoma City, OK 73118-6051
518758228         +MidFirst Bank,   Denise Carlon, Esquire,   216 Haddon Avenue, Ste. 406,
                   Westmont, NJ 08108-2812
518736699          RA Pain Services,   PO Box 4605,   Lancaster, PA 17604-4605
518736700         +RA Pain Services, PA,   PO Box 4640,   Rutherford, NJ 07070-0464
518736701          Rothman Orthopaedics Institute,   PO Box 412423,   Boston, MA 02241-2423
518736702         +Strive Physical Therapy,   224 Strawbridge Drive,   Suite 100,   Moorestown, NJ 08057-4602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg                E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2020 01:28:05    U.S. Attorney,   970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg               +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2020 01:28:01    United States Trustee,
                   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
518736691         +E-mail/Text: bankruptcy@pepcoholdings.com Jun 27 2020 01:27:42    Atlantic City Electric,
                   5 Collins Drive,   Suite 2133,   Penns Grove, NJ 08069-3600
518736692          EDI: BANKAMER.COM Jun 27 2020 04:38:00    Bank of America,   PO Box 15019,
                   Wilmington, DE 19850-5019
518736698         +E-mail/Text: Bankruptcies@nragroup.com Jun 27 2020 01:29:17    NTL Recovery Agency,
                   2491 Paxton St,   Harrisburg, PA 17111-1036
518742028         +EDI: RMSC.COM Jun 27 2020 04:38:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
          Andrew  Finberg   on behalf of Trustee Andrew  Finberg trustee@sjbankruptcylaw.com,
          J117@ecfcbis.com
          Andrew  Finberg    trustee@sjbankruptcylaw.com,  J117@ecfcbis.com
          Denise E. Carlon   on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Richard S. Hoffman, Jr.   on behalf of Debtor Randie E. Ricci rshoffman@hoffmandimuzio.com,
          lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5